IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr388

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| HAROLD EDWARD McDANIEL ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the defendant (Doc. No. 15) seeking the return of a cash bond.

When the defendant was arrested in the Northern District of Texas, his posted a $10,000 cash bond as a condition of his release. (Doc. No. 1). The defendant complied with the terms of his release while this matter was pending. Accordingly, the Court finds that the defendant is entitled to the return of the cash bond.

**IT IS, THEREFORE, ORDERED** that the motion (Doc. No. 15) is **GRANTED**. The Clerk is directed to mail payment to the defendant, in care of his attorney Dean A. Riddle, Riddle & Williams, P.C., 3710 Rawlins Street, Suite 1400, Dallas, Texas 75219.

Signed: September 29, 2008

Robert J. Conrad, Jr.
Chief United States District Judge